50 So.2d 786

### MANN v. DEPARTMENT OF INDUSTRIAL RELATIONS.

6 Div. 183.

Supreme Court of Alabama.
Feb. 22, 1951.

Lipscomb & Brobston, of Bessemer, for petitioner.

J. Eugene Foster, Gen. Counsel, Montgomery, and Otis J. Goodwyn, Montgomery, opposed.

FOSTER, Justice.

The petition for certiorari to the Court of Appeals must be stricken because not made on transcript paper. Supreme Court Rule 36, Code 1940, Tit. 7 Appendix. See, also, Hunter v. Louisville and Nashville R. R. Co., 150 Ala. 594, 43 So. 802, 9 L.R.A., N.S., 848; Pugh v. Hardman, 151 Ala. 248, 44 So. 389; Gates Lumber Co. v. Givins, 181 Ala. 670, 61 So. 330.

Petition stricken.

BROWN, SIMPSON and STAKELY, JJ., concur.